UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAYSHAWNA RICHARDSON,

Plaintiff,

-against-

CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, and JOHN DOE #1-5,

Defendants.

26-cv-05383 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On November 24, 2026, the Court ordered Plaintiff to submit a letter as to why she has failed to serve the summons and Complaint within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if Plaintiff believes that Defendants have been served, when and in what manner such service was made. Dkt. 6. Plaintiff responded later that day and provided affidavits of service reflecting that the Defendants were served on July 2, 2026 and July 7, 2026. Dkt. 7. The Defendants were therefore required to answer or otherwise respond to the Complaint by July 27, 2026, and July 28, 2026, respectively. *See* Fed. R. Civ. P. 12. As of the date of this Order, the Defendants have not responded to the Complaint. Defendants shall answer or otherwise respond to the Complaint promptly or, at the latest by **November 30, 2026.** Failure to respond could result in the commencement of default judgment proceedings.

Dated: November 25, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge